UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEOSHAMOND NORMAN (#407759)

VERSUS  CIVIL ACTION NO.: 07-387-JVP-DLD

CORNEL H. HUBERT, WARDEN,
ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated November 3, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the plaintiff's Motion to Withdraw (doc. 24) is **DENIED** and this action is hereby referred back to the magistrate judge for further proceedings.

Baton Rouge, Louisiana, November 24, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA