UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

THEOSHAMOND NORMAN (#407759)

VERSUS  CIVIL ACTION NO.: 07-387-JVP-DLD

CORNEL H. HUBERT, WARDEN, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 17, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, defendant's Motion for Summary Judgment (doc. 19) is hereby **GRANTED**, dismissing the plaintiff's claims, with prejudice, and this action shall be **DISMISSED**.

Baton Rouge, Louisiana, April 9, 2009.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA